AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Humrickhouse, Stephani W. | 2. Court or Organization<br><br>Bankruptcy Court - Eastern District of North Carolina | 3. Date of Report<br><br>05/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Court (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>Second Floor<br>300 Fayetteville Street<br>Raleigh, NC 27601 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Compensation Agreement with Nicholls & Crampton, P.A. (former law firm compensation agreement for work performed prior to my taking the bench) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Nicholls & Crampton, P.A. (1099) | $9,996.21 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | FMI Corp W-2 |
| 2. 2014 | FMI Corp 1120S K-1 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern Bankruptcy Institute | 5/29/2014 - 5/30/2015 | North Myrtle Beach, SC | Annual Bankruptcy Seminar | Lodging |
| 2. | National Conference of Bankruptcy Judges | 10/8/2014 - 10/10/2014 | Chicago, IL | Annual Bankruptcy Conference/Seminar | Lodging |
| 3. | North Carolina Bar Association | 11/7/2014 - 11/8/2014 | Asheville, NC | Annual Bankruptcy Institute | Lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FMI Corp. | Stock Purchase | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Am. Equity Inv. Life Ins. Co. Flex. Prem. Deferred Ann | A | Dividend | M | T | | | | | |
| 2. Fidelity Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 3. FMI 401K | A | Dividend | P1 | T | | | | | |
| 4. --Black Rock Equity | A | Dividend | M | T | Sold (part) | 09/30/14 | J | | |
| 5. --Columbia Seligman Communication and Info Fund | A | Dividend | | | Sold | 09/30/14 | M | B | |
| 6. --Eagle Small Cap Growth A | A | Dividend | K | T | Sold (part) | 09/30/14 | J | | |
| 7. --Hartford Int'l Opp R5 | A | Dividend | K | T | Sold (part) | 09/30/14 | J | | |
| 8. --Mainstay Large Cap Growth Fund | A | Dividend | M | T | Sold (part) | 09/30/14 | J | A | |
| 9. --MFS Utilities/A | A | Dividend | | | Sold | 09/30/14 | J | | |
| 10. --MFS International Value R4 | A | Dividend | K | T | Buy | 09/30/14 | K | | |
| 11. --MFS Utilities/R4 | A | Dividend | K | T | Buy | 09/30/14 | K | | |
| 12. --Metropolitan West Total Return Bond | A | Dividend | M | T | Buy | 12/31/14 | L | | |
| 13. --PIMCO Total Return/ADM (transfered to Metropolitan West Total Return | A | Dividend | | | Sold (part) | 09/30/14 | L | | |
| 14. | | | | | Sold | 12/31/14 | L | | |
| 15. --Principal Real Estate Securities Inst. | A | Dividend | M | T | Sold (part) | 09/30/14 | K | | |
| 16. --Prudential Jennison Health Sciences | A | Dividend | M | T | Sold (part) | 09/30/14 | K | D | |
| 17. --Thornburg International Value R/3 Fund | A | Dividend | | | Sold | 09/30/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --TRowe Price Science and Tech/Adv | A | Dividend | M | T | Buy | 09/30/14 | M | | |
| 19. --Wells Fargo Stable Return (cash acct) | A | Dividend | N | T | Buy | 12/31/14 | L | | |
| 20. --Wells Fargo Stable Return Fund N/25 | A | Distribution | N | T | Buy | 09/30/14 | N | | |
| 21. --Wells Fargo Stable Return Fund N/60 | A | Dividend | | | Sold | 09/30/14 | N | D | |
| 22. Etrade | B | Dividend | M | T | | | | | |
| 23. --1 Share S&P Midcap ETF (IJH) | A | Dividend | K | T | | | | | |
| 24. --1 Share S&P Small Cap ETF (IJR) | A | Dividend | K | T | | | | | |
| 25. --1 Share MSC1Mexico Capt ETF (EWW) | A | Dividend | | | Sold | 07/07/14 | K | | |
| 26. --DIAX (mutual fund) (previously named DPD) | A | Dividend | J | T | | | | | |
| 27. --Ford Motor (common) | A | Dividend | J | T | | | | | |
| 28. --I Shares US Energy ETF (IYE) | A | Dividend | J | T | Sold (part) | 12/01/14 | J | | |
| 29. Vanguard Brokerage Acct | A | Dividend | L | T | | | | | |
| 30. --Caterpillar, Inc. (common) | A | Dividend | | | Sold (part) | 06/10/14 | J | D | |
| 31. | | | | | Sold | 06/23/14 | J | C | |
| 32. --Vanguard S&P 500 Index ETF (VOO) | A | Dividend | K | T | | | | | |
| 33. --Ford Motor Co. (common) | A | Dividend | | | Sold (part) | 04/17/14 | J | C | |
| 34. | | | | | Sold | 06/10/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Short Term Corp Bond Fund VCSH | A | Dividend | K | T | | | | | |
| 36. --Vanguard Short Term Tax Exempt VWSTX | C | Dividend | J | T | | | | | |
| 37. --Vanguard Prime Money Mkt Fund | A | Dividend | J | T | | | | | |
| 38. -VMMXX (money market acct)(reclassified into Vanguard Prime Money Mkt | A | Dividend | | | Sold | 12/22/14 | J | | |
| 39. Fidelity Municipal Money Mkt | A | Interest | J | T | | | | | |
| 40. Fisher/Morgan Stanley Man. Inv. Acct. (no control) | E | Dividend | O | T | | | | | |
| 41. --FBG (ETF) | A | Dividend | | | Sold | 08/11/14 | K | D | |
| 42. --FBGX | A | Dividend | J | T | Buy | 08/11/14 | K | | |
| 43. --FEEU | A | Dividend | J | T | | | | | |
| 44. --FIGY | A | Dividend | J | T | | | | | |
| 45. --HYG (ETF) | A | Dividend | K | T | | | | | |
| 46. --IXN (ETF) | A | Dividend | K | T | | | | | |
| 47. --JP Morgan Municipal Fund (now called Morgan Stanley Money Market) | A | Interest | J | T | | | | | |
| 48. --LQD (ETF) | A | Dividend | M | T | Buy | 03/12/14 | J | | |
| 49. --MBB (ETF) | A | Dividend | K | T | | | | | |
| 50. --QQQ (ETF) | A | Dividend | K | T | Sold (part) | 03/12/14 | J | | |
| 51. | | | | | Sold (part) | 08/11/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --SCPB (ETF) | A | Dividend | K | T | | | | | |
| 53.  --TFI (ETF) | A | Dividend | L | T | | | | | |
| 54.  --XLG (ETF) | A | Dividend | K | T | Sold (part) | 03/12/14 | J | | |
| 55.  --XLF (ETF) | A | Dividend | L | T | | | | | |
| 56.  --XLV (ETF) | A | Dividend | K | T | Buy (add'l) | 08/11/14 | J | | |
| 57.  --XLY (ETF) | A | Dividend | K | T | | | | | |
| 58.  --VEA | A | Dividend | K | T | Buy (add'l) | 09/17/14 | J | | |
| 59.  --VGK | A | Dividend | K | T | | | | | |
| 60.  --VIS | A | Dividend | J | T | Sold (part) | 09/17/14 | J | A | |
| 61.  Scott & Stringfellow IRA -Managed Account | D | Dividend | O | T | | | | | |
| 62.  --ABBV | A | Dividend | | | Sold | 02/24/14 | J | C | |
| 63.  --ABT | A | Dividend | | | Sold | 02/24/14 | J | B | |
| 64.  --ACN | A | Dividend | | | Sold | 02/24/14 | K | B | |
| 65.  --BAX | A | Dividend | | | Sold | 02/24/14 | K | A | |
| 66.  --BAEIX (mutual fund) | A | Dividend | O | T | Buy | 02/25/14 | N | | |
| 67. | | | | | Buy | 04/07/14 | K | | |
| 68. | | | | | Buy | 05/06/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 06/02/14 | K | | |
| 70. | | | | | Buy | 07/01/14 | K | | |
| 71. | | | | | Buy | 08/01/14 | K | | |
| 72. | | | | | Buy | 09/02/14 | K | | |
| 73. --BLK | A | Dividend | | | Sold | 01/16/14 | J | C | |
| 74. --CVX | A | Dividend | | | Sold | 02/24/14 | K | | |
| 75. --ESV | A | Dividend | | | Buy | 01/24/14 | J | | |
| 76. | | | | | Sold | 02/24/14 | K | | |
| 77. --Federated Treasury Fund (cash acct) | A | Dividend | J | T | | | | | |
| 78. --GIS | A | Dividend | | | Sold | 02/24/14 | K | B | |
| 79. --INTC | A | Dividend | | | Sold (part) | 01/15/14 | J | A | |
| 80. | | | | | Sold | 02/24/14 | J | B | |
| 81. --KO | A | Dividend | | | Sold | 02/24/14 | J | | |
| 82. --KM1 | A | Dividend | | | Sold | 02/24/14 | K | | |
| 83. --KMR | A | Dividend | | | Sold (part) | 02/24/14 | J | | |
| 84. | | | | | Sold | 02/25/14 | J | | |
| 85. --MAT | A | Dividend | | | Buy | 01/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 01/10/14 | J | | |
| 87. | | | | | Buy | 01/13/14 | J | | |
| 88. | | | | | Buy | 01/17/14 | J | | |
| 89. | | | | | Buy | 01/23/14 | J | | |
| 90. | | | | | Buy | 01/31/14 | J | | |
| 91. | | | | | Sold | 02/24/14 | K | | |
| 92. --MCD | A | Dividend | | | Sold | 02/24/14 | K | A | |
| 93. --MET | A | Dividend | | | Sold | 02/24/14 | K | A | |
| 94. --MSFT | A | Dividend | | | Sold | 02/24/14 | J | C | |
| 95. --MXIM | A | Dividend | | | Sold | 02/24/14 | K | B | |
| 96. --NVS | A | Dividend | | | Sold | 02/24/14 | K | C | |
| 97. --OMC | A | Dividend | | | Sold (part) | 01/02/14 | J | A | |
| 98. | | | | | Sold (part) | 02/11/14 | J | B | |
| 99. | | | | | Sold | 02/24/14 | J | C | |
| 100. --OXY | A | Dividend | | | Sold | 02/24/14 | K | C | |
| 101. --PFE | A | Dividend | | | Sold | 02/24/14 | K | C | |
| 102. --PEP | A | Dividend | | | Sold | 02/24/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --PM | A | Dividend | | | Buy | 01/30/14 | J | | |
| 104. | | | | | Sold | 02/14/14 | J | | |
| 105. --PSO | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 106. --QCOM | A | Dividend | | | Sold | 02/24/14 | K | A | |
| 107. --RC1 | A | Dividend | | | Sold | 02/24/14 | K | | |
| 108. --SE | A | Dividend | | | Sold | 02/24/14 | K | A | |
| 109. --TGT | A | Dividend | | | Sold | 02/10/14 | K | | |
| 110. --TRV | A | Dividend | | | Sold | 02/10/14 | K | A | |
| 111. --TWC | A | Dividend | | | Sold | 02/10/14 | J | C | |
| 112. --UL | A | Dividend | | | Sold | 02/24/14 | K | A | |
| 113. --UPS | A | Dividend | | | Sold | 02/10/14 | K | B | |
| 114. --WLP | A | Dividend | | | Sold | 02/24/14 | K | C | |
| 115. Merrill Lynch Wealth Management - CMA | B | Int./Div. | N | T | | | | | |
| 116. -AAPL ARN (MLGYK) | A | Dividend | | | Sold | 05/23/14 | K | C | |
| 117. -ALLEGHENY TECH (ATI) | A | Dividend | J | T | | | | | |
| 118. -AmbevSA (ABEV) (Merger with ABV 11/21/13) | A | Dividend | | | Sold | 05/23/14 | K | C | |
| 119. -ALLSTATE (ALLPRA) (originally (ALLSL)) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --BLACKROCK RE (BCX) | B | Dividend | K | T | | | | | |
| 121. --Clearbridge (CEM) | A | Dividend | J | T | | | | | |
| 122. --CITIGROUP (CITGL) (changed symbol to (CPRC)) | A | Dividend | | | Sold | 02/10/14 | J | A | |
| 123. --Cohen and Steers (RQI) | A | Dividend | J | T | | | | | |
| 124. --Eli Lilly (LLY) | A | Dividend | J | T | | | | | |
| 125. --FCT | A | Dividend | J | T | Buy | 04/28/14 | J | | |
| 126. --FCX | A | Dividend | | | Buy | 07/08/14 | K | | |
| 127. | | | | | Sold | 12/04/14 | J | | |
| 128. --FIA Card Services (cash) | A | Int./Div. | K | T | | | | | |
| 129. --First Niagara (FNFG) | A | Dividend | J | T | | | | | |
| 130. --GSK | A | Dividend | | | Buy | 02/13/14 | K | | |
| 131. | | | | | Sold | 09/17/14 | J | | |
| 132. --HAL | A | Dividend | J | T | Buy | 03/03/14 | J | | |
| 133. | | | | | Buy | 11/24/14 | J | | |
| 134. --HOLX | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 135. --INVESCO (VVR) | A | Dividend | | | Sold | 04/23/14 | J | | |
| 136. --JP Morgan (JPMPRD) | A | Dividend | | | Sold | 02/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --MASCO (MAS) | A | Dividend | J | T | | | | | |
| 138. -Merck (MRK) | A | Dividend | K | T | | | | | |
| 139. -Morgan Stanley (EDD) | B | Dividend | | | Buy | 03/03/14 | J | | |
| 140. | | | | | Sold | 06/27/14 | J | | |
| 141. -Nuveen Ins. (NEA) | B | Dividend | J | T | | | | | |
| 142. -Orexigen Therap (OREX) | A | Dividend | | | Sold | 02/24/14 | J | B | |
| 143. | | | | | Buy | 04/28/14 | J | | |
| 144. | | | | | Sold | 06/23/14 | J | B | |
| 145. --OXY | A | Dividend | J | T | Buy | 12/04/14 | J | | |
| 146. -Partnerre Ltd (PREPRF) | A | Dividend | J | T | | | | | |
| 147. --PBR | A | Dividend | | | Buy | 09/17/14 | J | | |
| 148. | | | | | Sold | 12/04/14 | J | | |
| 149. -Tortoise Energy (NDP) | A | Dividend | J | T | | | | | |
| 150. --WOOF | A | Dividend | K | T | Buy | 09/17/14 | J | | |
| 151. Merrill Lynch Wealth Management - IRA | C | Int./Div. | N | T | | | | | |
| 152. -Alger Spectra (ASPZX) | B | Dividend | K | T | | | | | |
| 153. -BLACK ROCK CREDIT (BCX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -BLACK ROCK CREDIT (BTZ) | A | Dividend | J | T | | | | | |
| 155.  -BP PLC ADR (BP) | A | Dividend | J | T | | | | | |
| 156.  -Clearbridge Energy (CEM) | A | Dividend | J | T | | | | | |
| 157.  -Cohen and Steers (RQI) | A | Dividend | J | T | | | | | |
| 158.  --CRC | A | Dividend | J | T | Buy | 06/27/14 | J | | |
| 159.  -FIA Card Svc Cash (11AXX) | A | Int./Div. | J | T | | | | | |
| 160.  -First Eagle (SG11X) | B | Dividend | K | T | | | | | |
| 161.  -Ford Motor (F) | A | Dividend | | | Sold | 04/23/14 | J | B | |
| 162.  -INVESCO (VVR) | A | Dividend | K | T | | | | | |
| 163.  -IVY ASSET (IVAEX) | A | Dividend | K | T | | | | | |
| 164.  -MERCK (MRK) | A | Dividend | K | T | | | | | |
| 165.  -Morgan Stanley Emerging (EDD) | A | Dividend | K | T | | | | | |
| 166.  -Oppenheimer Dev (ODVYX) | A | Dividend | J | T | | | | | |
| 167.  -Oppenheimer Int'l (OXIGYX) | A | Dividend | K | T | | | | | |
| 168.  --OREX | A | Dividend | | | Buy | 04/28/14 | J | | |
| 169. | | | | | Sold | 06/25/14 | J | | |
| 170.  --OXY | A | Dividend | J | T | Buy | 07/02/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Tortoise Energy (NDP) | A | Dividend | J | T | | | | | |
| 172. Edwards Jones Roth IRA | A | Dividend | K | T | | | | | |
| 173. -Conoco Phillips | A | Dividend | J | T | | | | | |
| 174. -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 175. -McDonalds | A | Dividend | J | T | | | | | |
| 176. -Phillip Morris | A | Dividend | J | T | | | | | |
| 177. Edward Jones Portfolio | A | Int./Div. | M | T | | | | | |
| 178. -American Funds TAIAX | A | Dividend | K | T | | | | | |
| 179. -Goldman Sachs CD | A | Interest | J | T | | | | | |
| 180. -NC Med Care Comm Health Bond | A | Interest | K | T | | | | | |
| 181. -Prudential Prem. Ref. Contract | A | Dividend | L | T | | | | | |
| 182. -Raleigh Durham Airport Bond | A | Interest | K | T | | | | | |
| 183. -Lincoln Life Ins. | A | Dividend | L | T | | | | | |
| 184. Durham Arvin Partnership | | None | K | W | | | | | |
| 185. FMI Corp. Stock | G | Distribution | N | U | | | | | |
| 186. GP Land, LLC | A | Int./Div. | M | U | | | | | |
| 187. Nationwide Insurance | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. North State Bank Acct | A | Interest | J | T | | | | | |
| 189. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 190. Equitable Life Insurance (cash value) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts

Line 111 - 2013 Report erroneously reported TWC "sold" when it was in fact "sold in part"

Line 120 - Blackrock RE erroneously referred to as "BCF" on 2013 Report

Line 167 - Oppenheimer Int'l symbol erroneously reported as OIGYZ on 2013 Report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephani W. Humrickhouse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544